GONZÁLEZ, PLAINTIFF AND APPELLANT, *v.* MAGÍN ET AL., DEFENDANTS AND APPELLEES.

APPEAL from the District Court of Guayama in an Action for Annulment of Partition, Etc.

No. 3052.—Decided December 13, 1923.

APPEAL—JUDGMENT—RECORD.—When no judgment is included in the record the appeal should be dismissed.

ID.—ID.—DEFAULT.—Although the statement of the case shows an entry of default by the clerk, an appeal does not lie from that entry without a judgment.

The facts are stated in the opinion.
*Mr. C. Domínguez Rubio* for the appellant.
*Messrs. Tous Soto & Pérez Marchand* for the appellees.

MR. JUSTICE WOLF delivered the opinion of the court.

This appeal must be dismissed. The District Court of Guayama opened a default. The record proper does not show the entry of a note of default or of any judgment. Technically, without any such judgment or entry in the record the transcript before us is fatally incomplete justifying a dismissal. Sections 300 and 303 Code of Civil Procedure.

It is true that in a statement of the case there appears to be a note of default entered by the secretary, but there is no judgment.

The motion to open up the default and the proceedings thereon do not show anything but a note of default by the secretary. There is no entry of judgment shown even in the statement of the case and there does not appear to have been one. From a mere note of default the Code of Civil Procedure gives no appeal.

The appeal must be dismissed.

*Appeal dismissed.*

Chief Justice Del Toro and Justices Aldrey, Hutchison and Franco Soto concurred.